

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:      Lonnie Henry Rector, Jr. v. The State of Texas

Appellate case number:   01-19-00751-CR

Trial court case number:  714415

Trial court:           262nd District Court of Harris County

Appellant, Lonnie Henry Rector Jr., has filed a motion for new trial in this Court. A defendant in a criminal case may file a motion for new trial no later than 30 days after the date when the trial court imposes or suspends sentence in open court. TEX. R. APP. P. 21.4(a). The record on appeal indicates that the trial court imposed sentence on appellant on February 1, 2012, which is more than 30 days prior to appellant's December 12, 2019 motion for new trial. Accordingly, the Court **denies** appellant's motion.

It is so ORDERED.

Judge's signature:    /s/  Evelyn V. Keyes
                  ☑ Acting individually    ☐ Acting for the Court

Date: January 7, 2020